# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:  Case No.                                                    6:17-bk-02004-RAC

Ronald E. Scherer                                                Chapter 11

        Debtor.
_____/

## UNITED STATES' NOTICE OF APPEARANCE

Please take notice that Alan Shapiro, Trial Attorney, United States Department of Justice, Tax Division, hereby enters his appearance as counsel for the United States of America and requests notice of all matters.

Respectfully submitted this 17th day of April, 2017.

                                                           */s/ Alan Shapiro*
                                                           ALAN SHAPIRO
                                                           Trial Attorney, Tax Division
                                                           U.S. Department of Justice
                                                           Post Office Box 55
                                                           Washington, D.C.  20044
                                                           Telephone:  (202) 307-5839
                                                           Telephone Facsimile: (202) 514-5238
                                                           E-Mail: alan.m.shapiro@usdoj.gov

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that, on April 17, 2017, a true and correct copy of the foregoing **United States' Notice of Appearance** was served via the Court's Electronic Case Filing System on:

James H. Monroe, Esquire
James H. Monroe, P.A.
Post Office Box 540163
Orlando, Florida 32854

U.S. Trustee
United States Trustee - ORL
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, Florida 32801

**IT IS HEREBY CERTIFIED** also that service of the foregoing **United States' Notice of Appearance** has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 17th day of April, 2017:

Samir Dahman, Esquire
Kohrman Jackson Krantz, LLP
10 West Broad Street, Suite 1900
Columbus, Ohio 43215-4291

Mark Belongia, Esquire
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603

Venar Ayar, Esquire
Ayar Law Group
3000 Town Center, Suite 501
Southfield, Michigan 48075

Ronald E. Scherer Restatement of Trust, PNC Bank (as successor to National City Bank), Trustee
  c/o. Susan Bottiggi, Sr. Vice President, PNC Wealth Management
155 E. Broad Street
Columbus, Ohio 43215

Franklin County Treasurer
c/o Stephen Porte Counselor to the Treasurer
373 S. High Street, 17th Floor
Columbus, Ohio 43215-7824

Municipal Tax Investment, LLC
   c/o CT Corporation System
1300 East Ninth Street
Cleveland, Ohio 44114

Matrix drawn from Debtor's Ch. 11 Case Management Summary at Docket Item #15 in Case No. 2017-2004.

| Bank of America US Trust<br>150 N College Street<br>NCl-028-29-03<br>Charlotte, NC 28255-0001 | Citizens Bank<br>328 South Saginaw<br>Flint, MI 48502-1926 | Duane Morris LLP<br>190 South LaSalle Street<br>Suite 3700<br>Chicago, IL 60603-3433 |
|---|---|---|
| FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | First Century Bank<br>P.O. Box 1559<br>Bluefield, WV 24701-1559 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Lionspaw Grand HOA, Inc.<br>c/o Nelson & Selwitz Property Management<br>1190 Pelican Bay Drive<br>Daytona Beach, FL 32119-1381 | Maples Health Care, Inc.<br>1600 Bland Street<br>Bluefield, WV 24701-3775 | Lionspaw Development LTD<br>125 E. Indiana Avenue, Suite A-2<br>DeLand, FL 32724-4341 |
| Nationstar Mortgage<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | Northwestern Mutual Life<br>530 W. Spring Street, Suite 200<br>Columbus, OH 43215-5385 | National Sign & Signal Inc.<br>301 Armstrong Road<br>Battle Creek, MI 49037-7374 |
| State of Michigan<br>P.0. Box 30774<br>Lansing, MI 48909-8274 | State of Ohio<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 |
| Volusia County Revenue Division<br>123 West Indiana Avenue, Rm 103<br>Deland FL 32720-4615 | Ella Roberts, Esquire<br>Albertelli Law<br>Post Office Box 23028<br>Tampa, FL 33623-2028 | |

| Jill E. Kelso, Esquire<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | |

    */s/ Alan Shapiro*
ALAN SHAPIRO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C.  20044
Telephone:  (202) 307-5839
Telephone Facsimile: (202) 514-5238
E-Mail: alan.m.shapiro@usdoj.gov