UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                            Case No. 6:17-bk-02004-RAC

Ronald E. Scherer                                                 Chapter 11

          Debtor.
_____/

**CORRECTED CREDITOR UNITED STATES' MOTION TO EXTEND TIME FOR TWO ADDITIONAL DAYS TO FILE REPLY IN SUPPORT OF MOTION FOR ADDITIONAL TIME FOR RULE 2004 EXAMINATION**

In response to a notice of the Court pertaining to Doc. 159, this corrected pleading is filed solely to change the wording of the caption in Doc. 159, so that it reflects "Motion to Extend Time" instead of "Request" on the first page of the pleading and in the certificate of service at the end of it.

Creditor United States respectfully requests two (2) additional days to file its reply in support of its motion for additional time for Rule 2004 examination of Debtor.

Debtor filed his opposition to the motion on November 28, 2017. Under Local Rule 7001-1(k)(4), the United States' reply in support of the motion is due on December 5, 2017.

Counsel for the United States has been working on a reply in support of its motion to dismiss the adversary proceeding Debtor filed, seeking a determination of the dischargeability of his income tax debt for 1990 through 1992. He also has been working on a reply in support of the United States' motion for enlargement of page limitations *nunc pro tunc* for its memorandum in support of its motion to dismiss. This involved working through this last weekend.

During the last few weeks, counsel for the United States also has had to work on other cases assigned to him.

As a result, counsel for the United States does not have time to prepare and file by December 5, 2017, a reply in support of its motion for additional time for Rule 2004 examination of Debtor. Also, the United States intended to file its reply combined with an opposition/response to Debtor's motion for a protective order, which is not due until December 7, 2017.

For the foregoing reasons, the United States respectfully requests two additional days to file its reply in support of its motion for additional time for Rule 2004 examination of Debtor.

        UNITED STATES OF AMERICA,
        Creditor

        */s/ Alan Shapiro*
        ALAN SHAPIRO
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Washington, D.C. 20044
        Telephone: (202) 307-5839
        Telephone Facsimile: (202) 514-5238
        E-Mail: alan.m.shapiro@usdoj.gov

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing **CREDITOR UNITED STATES' MOTION TO EXTEND TIME FOR TWO ADDITIONAL DAYS TO FILE REPLY IN SUPPORT OF MOTION FOR ADDITIONAL TIME FOR RULE 2004 EXAMINATION** has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 6th day of December, 2017:

Matrix drawn from Debtor's Amended Proof of Service of Order on Debtor's Application to Employ Real Estate Agent Michaela Grandey of Rolls Realty at Docket Item #72-1 in Case No. 2017-2004.

| | | |
|---|---|---|
| Bank of America US Trust<br>150 N College Street<br>NCl-028-29-03<br>Charlotte, NC 28255-0001 | Citizens Bank<br>328 South Saginaw<br>Flint, Michigan 48502-1926 | Duane Morris LLP<br>190 South LaSalle Street<br>Suite 3700<br>Chicago, IL 60603-3433 |
| FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | First Century Bank<br>P.O. Box 1559<br>Bluefield, West Virginia 24701-1559 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Lionspaw Grand HOA, Inc.<br>c/o Nelson & Selwitz Property Management<br>1190 Pelican Bay Drive<br>Daytona Beach, FL 32119-1381 | Maples Health Care, Inc.<br>1600 Bland Street<br>Bluefield, WV 24701-3775 | Lionspaw Development LTD<br>133 E. Indiana Avenue<br>DeLand, FL 32724-4341 |
| Nationstar Mortgage<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | Northwestern Mutual Life<br>530 W. Spring Street, Suite 200<br>Columbus, OH 43215-5385 | National Sign & Signal Inc.<br>301 Armstrong Road<br>Battle Creek, MI 49037-7374 |
| State of Michigan<br>P.0. Box 30774<br>Lansing, MI 48909-8274 | State of Ohio<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 |
| Volusia County Revenue Division<br>123 West Indiana Avenue, Rm 103<br>Deland FL 32720-4615 | Ella Roberts, Esquire<br>Albertelli Law<br>Post Office Box 23028<br>Tampa, FL 33623-2028 | RAM GROUP, INC.<br>c/o Harlan L. Paul, Esquire<br>Paul, Elkind, Branz & Kelton, P.A.<br>142 East New York Avenue<br>DeLand, Florida 32724 |
| The Ohio Department of Taxation<br>Ohio Department of Taxation, Bankruptcy<br>P.O. Box 530<br>Columbus, OH 43216 | Venar Ayar, Esquire<br>Ayar Law Group<br>3000 Town Center, Suite 501<br>Southfield, Michigan 48075 | Department of Treasury, Internal Revenue Service<br>400 W. Bay Street, Stop 5270<br>Jacksonville, Florida 32202 |

| Jill E. Kelso, Esquire<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | James H. Monroe, Esquire<br>James H. Monroe, P.A.<br>Post Office Box 540163<br>Orlando, Florida 32854 |
|---|---|---|
| Suzanne Heffelman<br>Special Assets Division<br>The Huntington National Bank<br>2361 Morse Road NC3W67<br>Columbus, Ohio 43229-5865 | Ronald E. Scherer, Sr.<br>P.O. Box 730478<br>Ormond Beach, Florida 32173-0478 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
| The Huntington National Bank<br> c/o Dennis J. Morrison, Esquire<br>Two Miranova Place, Suite 220<br>Columbus, Ohio 43215-7050 | State of Michigan, Department of Treasury<br>Cadillac Place<br>3030 W. Grand Blvd., Ste. 10-200<br>Detroit, Michigan 48202-6030 | Lionspaw Development LTD<br>125 E. Indiana Avenue, Suite A-2<br>Deland, Florida 32724-4341 |
| Lionspaw Development LTD<br> c/o McMahan Irrevocable Living trust<br>133 E. Indiana Avenue<br>Deland, Florida 32724-4329 | Susan D. Cochran<br>State of Michigan – Dept. of Attorney<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, Michigan 48202-6030 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
|  |  |  |

**IT IS HEREBY CERTIFIED** also that service of the foregoing **CREDITOR UNITED STATES' MOTION TO EXTEND TIME FOR TWO ADDITIONAL DAYS TO FILE REPLY IN SUPPORT OF MOTION FOR ADDITIONAL TIME FOR RULE 2004 EXAMINATION** has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 6th day of December, 2017:

Samir Dahman, Esquire
Kohrman Jackson Krantz, LLP
10 West Broad Street, Suite 1900
Columbus, Ohio 43215-4291

Mark Belongia, Esquire
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603

Venar Ayar, Esquire
Ayar Law Group
3000 Town Center, Suite 501
Southfield, Michigan 48075

Ronald E. Scherer Restatement of Trust, PNC Bank (as successor to National City Bank), Trustee
  c/o. Susan Bottiggi, Sr. Vice President, PNC Wealth Management
155 E. Broad Street
Columbus, Ohio 43215

Franklin County Treasurer
c/o Stephen Porte Counselor to the Treasurer
373 S. High Street, 17th Floor
Columbus, Ohio 43215-7824

Municipal Tax Investment, LLC
  c/o CT Corporation System
1300 East Ninth Street
Cleveland, Ohio 44114

        */s/ Alan Shapiro*
        ALAN SHAPIRO
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Washington, D.C.  20044
        Telephone:  (202) 307-5839
        Telephone Facsimile: (202) 514-5238
        E-Mail: alan.m.shapiro@usdoj.gov