ORDERED.

Dated: August 03, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| RONALD EARL SCHERER, SR., ) | Case No. 6:17-bk-02004-KSJ |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**ORDER SCHEDULING TRIAL AND**
**REQUIRING ALL PLEADINGS BY NEGATIVE NOTICE**

On July 18, 2018, the Court set a two day trial on pending contested matters and imposed other requirements on the parties. After the hearing, the United States filed a Motion[1] requesting an additional day of trial. Debtor opposes an extra day. The Court agrees an extra trial day is merited and will reserve three days of trial time.

Accordingly, it is

**ORDERED:**

---
[1] Doc. No. 301.

1

1. A three day trial is scheduled to **commence at 10:00 a.m. on January 29, 2019 and conclude on January 31, 2019**. The trial is on the following pending matters (the "Trial Matters"):

- Debtor's Motion to Determine Secured Status/Value of Department of the Treasury – Internal Revenue Service and to Strip Lien and Value Debtor's Interest in Residential Real Property; Response (Doc. Nos. 218, 233).
- Debtor's Motion to Determine Secured Status/Value of Department of Treasury – Internal Revenue Service and to Strip Lien; Response (Doc. Nos. 204, 230).
- Debtor's Motion to Determine Secured Status/Value of Department of Treasure – Internal Revenue Service and to Strip Lien and Value Debtor's Stock in Maples Health Care, Inc., and Void Junior Lien Held by IRS; Response (Doc. Nos. 206, 232).
- Debtor's Motion to Determine Secured Status/Value of Department of Treasure – Internal Revenue Service and to Strip Lien on Three Promissory Notes Owed by the Scherer Family Irrevocable Trust; Response (Doc. Nos. 205, 231).
- Debtor's Motion to Determine Secured Status/Value of Lionspaw Grand HOA, Inc., and to Strip Lien; Response (Doc. Nos. 217, 269).
- United States's Motion to Compel Abandonment of Debtor's Stock Interest in Intelligent Perimeter Systems and for Relief from the Automatic Stay; Response (Doc. No. 242, 293).
- United States's Motion to Compel Abandonment in Maples Health Care Inc. and for Relief from the Automatic Stay; Response (Doc. Nos. 243, 294).
- United States's Motion to Compel Abandonment in Three Promissory Notes and for Relief from the Automatic Stay; Response (Doc. Nos. 245, 295).

2. The United States Motion for Additional Day for Trial (Doc. No. 301) is **GRANTED.**

3. The discovery cut off for the Trial Matters is **December 14, 2018.**

4. Debtor is directed to file an amended disclosure statement and plan of reorganization by **March 15, 2019.**

5. Objections to any amended disclosure statement and plan of reorganization are due by **April 12, 2019.**

6. A combined disclosure statement and confirmation hearing is scheduled for **10:00 a.m. on June 6, 2019**, with one day reserved.

7. All future pleadings filed in this case shall be filed by negative notice. The negative notice legend shall give 21 days for a response period and then 21 days for a reply period.

8. The Court reminds the parties of the page limits set forth in its previous order that applies to all pleadings in this case (Doc. No. 280).

9. The Court finds under § 362 of the Bankruptcy Code that because a trial is needed to resolve the United States's Motions for Relief from Stay (Doc. Nos. 242, 243, 245) and because the United States has requested time to conduct discovery on the Motions, compelling circumstances justify the continuance of the automatic stay for all purposes until the Trial Matters are resolved and a further hearing is scheduled on the Motions for Relief from Stay.

###

The Clerk is directed to serve a copy of this order on all interested parties.